UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH HOWARD DUCKWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:15CV49 CEJ |
| | ) | |
| ROBERT RAPP, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, seeks leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. Having reviewed plaintiff's financial information, the Court assesses a partial initial filing fee of $1.00. 28 U.S.C. § 1915(b).

Under 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint filed in forma pauperis if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. To state a claim for relief under § 1983, a complaint must plead more than "legal conclusions" and "[t]hreadbare recitals of the elements of a cause of action [that are] supported by mere conclusory statements." *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009). A plaintiff must demonstrate a plausible claim for relief, which is more than a "mere possibility of misconduct."

Plaintiff brings suit against Robert Rapp, a prosecutor for Ralls County. Plaintiff alleges that Rapp filed fraudulent documents in his Ralls County criminal action[1] indicating that he had an auto theft charge from another state. He claims that as a result of the false documents, his bond on the Ralls County case was increased and he was required to rely on a public defender. Plaintiff also says Rapp also introduced the documents at sentencing.

---

[1] *Missouri v. Duckworth*, No. 11RL-CR00025-01 (Ralls County).

Prosecutors are absolutely immune from civil rights actions. *Imbler v. Pachtman*, 424 U.S. 409, 427 (1976). There is no fraud exception to prosecutorial immunity. *E.g., In re NYSE Specialists Securities Litigation*, 503 F.3d 89, 101 (2d Cir. 2007). As a result, this action is legally frivolous and must be dismissed under 28 U.S.C. § 1915(e).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff must pay an initial filing fee of $1.00 within thirty (30) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

An Order of Dismissal will be filed separately.

Dated this 17th day of July, 2015.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE